IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

$8.040 UNITED STATES CURRENCY,

   Defendant.

21-CV-6323

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

On June 14, 2021, she served a copy of the following documents:

1. **Verified Complaint for Forfeiture;**
2. **Arrest Warrant in Rem; and**
3. **Direct Notice of Forfeiture Action**

by Fed Ex, by placing said copies in a postage-paid envelope addressed to the person hereinafter named, at the place stated below, in the custody and care of Fed Ex.

ADDRESSEE:

Cristal Starling
466 ½ W. Main St.,
Apartment 401
Rochester, NY 14608

Dated: July 26, 2021        s/Kianna Farrell
                      Kianna Farrell