IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA,

                  -v-

$8.040 UNITED STATES CURRENCY,

                  Defendant.

———————————————————————————

21-CV-6323

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

On June 14, 2021, she served a copy of the following documents:

1. **Verified Complaint for Forfeiture;**
2. **Arrest Warrant in Rem; and**
3. **Direct Notice of Forfeiture Action**

by Fed Ex, by placing said copies in a postage-paid envelope addressed to the person hereinafter named, at the place stated below, in the custody and care of Fed Ex.

<u>ADDRESSEE</u>:

Cristal Starling
466 ½ W. Main St.,
Apartment 401
Rochester, NY 14608

Dated:   July 26, 2021

                                      <u>s/Kianna Farrell</u>
                                      Kianna Farrell