United States Attorney
Western District of New York
100 State Street Suite 500
Rochester, NY 14614.                    Re: 21-CV-6323



To whom it may Concern, my name is Cristal Starling. I reside at 466 ½ West Main Street Apt. 401 Rochester, NY 14608. I am writing in regards to currency in the amount of $8040 that was confiscated from me at my home on October 29, 2020 by the Rochester Police Department during the execution of a search warrant. I understand that this money has since been in the custody of The Western District of New York.  I am writing to notify the courts that the defendant of the case stemming from the warrant execution, Kendrick Bronson, was recently acquitted of all charges. I have been advised to contact this office to have a motion filed on the docket to have my money be released and returned to me. I have referenced the case number related to these funds above.

Please feel free to contact me I at any time to discuss this matter further at 585-709-2236. I can also be reach by email at;
dodat1881@gmail.com

Thank you
Cristal Starling