To whom it may concern, I Cristal Starling am writing to the courts of The Western District Of New York to file an answer to the United States District Court's motion to strike my claim to currency in the amount of $8,040.

It is the state's argument that I failed to claim said currency in a timely manner. It is my argument that
I have done everything that was asked of me to make a claim to my currency since the day it was confiscated.
 These actions include filing a petition to the Department of Justice on December 17, 2020. Petition# -209S-11A-2AA-2E9 and a claim on January 15, 2021.
Claim number# -210F-83F-633-B62.
These actions were taken in response to correspondence received to do so in a timely manner.

In addition to these filings, I contacted and followed the advice of the district attorney presiding over the case that resulted in these monies being confiscated several times. I was told that there would be no release of funds until the case was closed.
The defendant in said case was acquitted of all charges on November 17, 2021 and as a result I am following up to get my currency returned to me.

Please feel free to contact me to discuss this matter further by phone or email.

585-709-2236
dodat1881@gmail.com

Thank you,
Cristal Starling



Revised 05/01 WDNY

# CERTIFCATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

__United States__,

Plaintiff(s),

v.

__Cristal Starling - 8,040__,

Defendant(s).

CERTIFICATE OF SERVICE

__21__ -CV- __6323__

I, (print your name) __Cristal Starling__, served a copy of the attached papers (state the name of your papers) __Answer to Motion to Strike Claim to 8,040__

upon all other parties in this case

by mailing [X]   by hand-delivering [ ]   (check the method you used)

these documents to the following persons (list the names and addresses of the people you served) __Grace Carducci of Western District of New York 100 State Street Suite 500 Rochester NY 14614__

on (date service was made) __January 4th 2022__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __1/4/22__
(date)

__[signature]__
(your signature)