IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

$8,040 UNITED STATES CURRENCY,

    Defendant.

21-CV-6323

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

On January 7, 2022, she served a copy of the following documents:

1. **Response to Answer in Opposition to Motion to Strike**

by FedEx, by placing said copies in a postage-paid envelope addressed to the person hereinafter named, at the place stated below, in the custody and care of FedEx.

ADDRESSEE:

Cristal Starling
466 ½ W. Main St., Apartment 401
Rochester, NY 14608

Dated:  January 10, 2022

        s/Kianna Farrell
        Kianna Farrell