Dear, Honorable Judge Siragusa,

I am writing to the courts of The Western District Of New York to file an answer to the United States District Court's motion to strike against my answer in opposition to the notice of strike to my claim to currency in the amount of $8,040.

It is still the States' argument that I failed to claim said currency in a timely manner.
It is still my argument that I have done everything that was asked of me to make a claim to my currency since the day it was confiscated.
As previously stated these actions included filing a petition to the Department of Justice on December 17, 2020.
Petition# -209S-11A-2AA-2E9 and a claim on January 15, 2021.
Claim number# -210F-83F-633-B62.
These actions were taken in response to direct correspondence received to do so in a timely manner.

In this new Motion filed by United States district attorney Grace Carducci on 1/7/22 she states that she had given me "direct" notice of a deadline to file a claim to my currency of $8040 on June 14, 2021.

Prior to the adjudication of the charges that initiated the confiscation of my money I had no knowledge or correspondence with Ms.Carducci or anyone representing her office at all which deems the statements made in these filings to be false and should be grounds for dismissal of this case.

It is impossible to have received a direct notice from Ms. Carducci or anyone representing her office on this date since I was vacationing in Las Vegas at this time. To support these facts I have attached documents of my round-trip itinerary and rental car receipts for the dates in question. Ms.Carducci never provided me with notice of anything.

In this new filing Ms. Carducci offered an exhibit, labeled as exhibit 1 which is a declaration made by a Mr. Jonathan Jirik. This declaration states that Mr. Jerik under penalty of perjury has never had any communication with me regarding the money seized in relation to the case of People vs Kendrick Bronson.
I find this Declaration to be true and hold merit as I have never spoken with Mr. Jerik at all. I had only been in contact with Ms. Elanore Biggers.

Elanor Biggers was the original and only district attorney to my knowledge presiding over this matter.
I had no knowledge of Mr. Jerik being the prosecutor over this matter until the day trial for this case started.

Ms. Carducci also entered an exhibit labeled exhibit 2. Exhibit 2 offers Ms. Elanor Biggers declaration under penalty of Perjury that she doesn't recall ever having communication with me

regarding anything. I am going to refute this statement by providing documents to support otherwise.

My communication with Ms. Biggers can be supported by documents that I have provided with this motion to grant me immediate access to my money based on the United States District Court Western District of New York's failure to prove that notice was given to me to file a timely claim to my currency in question.

There were several occasions that Ms. Biggers and I had direct communication by phone. Though I cannot 100% account for every occasion that I have spoken to Ms. Biggers. I can account for and attest to two specific dates that Ms. Biggers and I discussed not only my money but two vehicles that were confiscated during this seizure.
The first date that I can attest to would be November 16, 2020.
On that date Miss Biggers contacted me by phone to notify me that she had signed off on the release of authorization for my vehicle from the City auto pound. The vehicle in question is a 2005 Ford F-150. I have provided the crime report and signed authorization with this filing.
At this time I questioned Miss Biggers about the $8040 as well as the release of my other vehicle that had been confiscated.
Miss Biggers was very adamant on the fact that both the money and the second vehicle which was a 2013 Honda Accord would not be released. She stated to me that the money was being held as evidence and if I had any chance at getting the money back at all, it wouldn't be until the case had been concluded.
I then questioned Ms. Biggers as to why they were only releasing one vehicle, she then stated that the Honda was not going to be returned to me and was being seized. At that time I had Ms. Biggers on speakerphone and was advised by a close friend with legal knowledge that they couldn't keep my car if it wasn't paid off.
I immediately made this statement to Miss Biggers. I specifically remember her surprised reaction to my knowledge of this information. Ms. Biggers then stated to me that she would have to investigate those facts and get back to me regarding the release of the other vehicle.

The second date that I can attest to direct communication with Miss Biggers would be on November 20, 2020.
This is the date that Ms. Biggers contacted me to let me know that she had just signed the second release of authorization for my 2013 Honda Accord. I asked Ms. Biggers about the money again at that time and she advised me as she had before, as well as stated for me to speak to my attorney if I have any questions regarding the money. I notified Miss Biggers that I didn't have an attorney as I had no criminal charges pending as a result of this investigation. She then advised me to speak with Kendrick's Lawyer with any further questions regarding my money.

My attention to this matter has always been unyielding and unfaltering. I have responded to every correspondence received to make a claim to my money and I have provided information that supports the truth of these matters. I ask that The court consider all these things and

immediately grant a motion to release my money so that I can put this behind me and move forward with my life.

Please feel free to contact me to discuss this matter further by phone or email.

585-709-2236
dodat1881@gmail.com

Thank you,
Cristal Starling

-Your friends at Southwest

\*Please note that some Customers that experience significant changes to their itinerary may be entitled to refund.

Updated flight information

Cristal Starling                    37NYDY

..

| From | To | Departure | Arrival | Flight | Booking class |
|---|---|---|---|---|---|
| Denver Denver International | Buffalo Niagara International | 18:45<br><br>Jun 14, 2021 | 23:50<br><br>Jun 14, 2021 | WN970 | I |

..

Your Previous Itinerary

..

| From | To | Departure | Arrival | Flight | Booking class |
|---|---|---|---|---|---|
| Denver Denver International | Buffalo Niagara International | 19:25<br><br>Jun 14, 2021 | 00:35<br><br>Jun 15, 2021 | WN3708 | I |

..

..

Your new itinerary

..

| From | To | Departure | Arrival | Flight | Booking class |
|---|---|---|---|---|---|
| Buffalo Niagara International | Baltimore Baltimore/Wash. Intl | 16:55<br><br>Jun 10, 2021 | 18:05<br><br>Jun 10, 2021 | WN1729 | C |

# ROCHESTER POLICE DEPARTMENT
## PROPERTY RELEASE AUTHORIZATION FORM, RPD 1407

Lot #: _____ CR #: 20-247237-ROC

THE ROCHESTER POLICE DEPARTMENT PROPERTY CLERK'S OFFICE IS HEREBY AUTHORIZED TO RELEASE THE FOLLOWING ITEMS:

A. ☐ All items in lot number _____ , which include items numbered _____ through _____ inclusive.

B. ☐ Only those items numbered as follows:

| Item Number | Description of Item |
|---|---|
| | |
| | |
| | |
| | |
| | |

C. ☒ Vehicle
Make: Ford   Model: F150
State/Plate #: NY JR5 4462   VIN #: 1FTRW12535FA57282

RELEASE PROPERTY TO:

Name: Cristal J. Starling
Address: 123 Post Ave
Phone #: 585-709-2236

Authorizing Signature: [signature]   Print Name: Biggers   Rank/Title: ADA   Date: 11/16/2020

Contact information for verification of release authorization:
Phone #: 753-4632   Email: cbiggers@monroecounty.gov

*Only command officers, police officers, authorizing officials of the District Attorney's Office, or officials in the court of jurisdiction are authorized to sign a release.

Revised 10/12

# ROCHESTER POLICE DEPARTMENT
## PROPERTY RELEASE AUTHORIZATION FORM, RPD 1407

Lot #: 20-02852    CR #: 20-242142-ROC

THE ROCHESTER POLICE DEPARTMENT PROPERTY CLERK'S OFFICE IS HEREBY AUTHORIZED TO RELEASE THE FOLLOWING ITEMS:

A. ☐ All items in lot number _____, which include items numbered _____ through _____ inclusive.

B. ☐ Only those items numbered as follows:

| Item Number | Description of Item |
|---|---|
| | |
| | |
| | |
| | |
| | |

C. ☐ Vehicle
Make: Honda    Model: Accord
State/Plate #: NY JDX 7240    VIN #: _____

RELEASE PROPERTY TO:
Name: Cnrtrel Starling
Address: 466 ½ W. Main St.
Phone #: 585-709-2236

Authorizing Signature: [signature]    Print Name: Baggers    Rank/Title: ADA    Date: 11/20/2020

Contact information for verification of release authorization:
Phone #: 753-4632    Email: ebaggers@monroecounty.gov

*Only command officers, police officers, authorizing officials of the District Attorney's Office, or officials in the court of jurisdiction are authorized to sign a release.

Revised 10/12

Revised 05/01 WDNY

CERTIFCATE OF SERVICE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

United States,

Plaintiff(s),

v.

8,040 /Cristal Starling,

Defendant(s).

CERTIFICATE OF SERVICE

21 -CV- 6323

I, (print your name) Cristal Starling, served a copy of the attached papers (state the name of your papers) Answer to US motion to Strike against my answer in opposition to notice to Strike my claim to Currency in the amount of 8,040

upon all other parties in this case by mailing [ X ] by hand-delivering [ X ] (check the method you used)

these documents to the following persons (list the names and addresses of the people you served) Grace Carducci United States Of Western District Of New York

100 State Street
Suite 500
Rochester NY 14614

on (date service was made) January 11th 2022

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 1/11/22
(date)

(your signature)