**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 21-CV-6323 |
| DEFENDANT | TYPE OF PROCESS |
| $8,040.00 U.S. Currency | Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
($8,040.00 U.S. Currency)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
US Marshal Service, 2 Niagara Square, Buffalo, NY 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Grace Carducci
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 0

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Asset ID: 21-DEA-671402
Deposit seized cash amount of $8,040 U.S. Currency

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/Grace M. Carducci by KLF
TELEPHONE NUMBER: 585-399-3954
DATE: 2/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 55
District to Serve No. 55
Signature of Authorized USMS Deputy or Clerk
Date: 02/08/2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 2/9/2022   Time: N/A

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: Jenelle C Yaeger

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | — | — | $65 | — | $65.00 |

REMARKS

$8,040.00 USC was Forfeited to the United States of America and disposed of in Accordance to law by the US Marshals Service on February 9, 2022

test
test



**U.S. Department of Justice**
United States Marshals Service

**Process 055-6:2021-CV-06323-1 | Cost Worksheet**
Printed on: 02/10/2022

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/NY - BUFFALO | W/NY - BUFFALO | USA v. 21-DEA-671402/$8,040.00 USC |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Government | FinalForfeiture | United States Marshal Service Asset Forfeiture Unit |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 02/08/2022 12:05 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 02/09/2022 12:57 EST | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |

**Total Costs** $0.00 $65.00

**Remaining Balance** $0.00

**Amount Owed** $65.00

**Remaining Process to Serve:**

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY