United States District Court for the Western District of New York
File Number: 21-cv-6323 (CJS)

| | |
|---|---|
| United States of America )<br>     *Plaintiff,* )<br>     v. )<br> )<br>$8,040 United States Currency )<br>     *Defendant.* ) | Notice of Appeal |

Notice is hereby given that Cristal Starling, Claimant to Defendant $8,040 United States Currency in

the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit

from the court's decision and order entered in this action on February 3, 2022, and from the final

judgment entered in this action on February 8, 2022.

/s/

Cristal Starling
Address: 466 ½ West Main Street, Apt 401
Rochester, NY 14608
585-709-2236
dodat1881@gmail.com

Revised 05/01 WDNY

**CERTIFCATE OF SERVICE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

MAR 2 4 2022

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States of America

Plaintiff(s),

v.

8,040 United States Currency;

Defendant(s).

Cristal Sterling

CERTIFICATE OF SERVICE

21 -CV- 6323

I, (print your name) Cristal Sterling , served a copy of the attached papers
(state the name of your papers) NOTICE OF APPEAL

upon all other parties in this case
by mailing [          ] by hand-delivering [   X   ] (check the method you
used)

these documents to the following persons (list the names and addresses of the people you
served) United States District Court for the Western District
Of New York

on (date service was made) 3/24/22

I declare under penalty of perjury that the foregoing is true and correct, to the best of my
knowledge, information and belief.

Executed on 3/24/22
           (date)

(your signature)