IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     Plaintiff,                                   21-CV-6323

v.

$8,040.00 UNITED STATES CURRENCY,

     Defendant.

_____

### ORDER RELEASING $8,040 UNITED STATES CURRENCY

Upon the joint motion of Plaintiff, United States of America, by and through its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, and Melanie J. Bailey, Assistant United States Attorney, of counsel, and Cristal Starling, through counsel, Nicholas Paul Fedorka, Esq., and William R. Aronin, Esq., for an Order releasing $8,040.00 United States currency (hereinafter the "defendant currency") to the Institute of Justice on behalf of Cristal Starling, as soon as possible, and after due consideration,

IT IS HEREBY ORDERED, that the United States Marshals Service ("USMS") or its duly authorized agents and/or contractors, will release the defendant currency, less any pending federal payments under the Treasury Offset Program, to the Institute of Justice on behalf of Cristal Starling; and

IT IS HEREBY FURTHER ORDERED, that the defendant currency will be released by the USMS as soon as possible following the entry of this Order by the Court.

**IT IS SO ORDERED.**

DATED:    Rochester, New York
               December  19, 2023

_____
HON. CHARLES J. SIRAGUSA
United States District Judge