UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
          Plaintiff,

                                            6:21-cv-06323-CJS
                                            USCA:

          -v-
                                            **CLERK'S CERTIFICATE /
                                            INDEX**

$8,040.00 UNITED STATES CURRENCY,
          Defendant.
_____

       I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

       **All documents are available electronically.**

                                                       MARY C. LOEWENGUTH
                                                     Clerk of Court
                                                   United States District Court

                                                   By: s/ Tricia M. Frisa
                                                   _____
                                                   Deputy Clerk


DATED:      September 26, 2025
                 Rochester, NY